UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICARDO VELASQUEZ,

                      Plaintiff,

-against-

WEBSTER CHICKEN CORP., *d/b/a* KENNEDY'S
CHICKEN & BURGERS and 2535 WEBSTER
3769 LLC,

                      Defendants.

-----------------------------------------------------------------X

25-CV-3851 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On June 3, 2025, Plaintiff served Defendants on their authorized agent, in compliance with Section 311 of the New York Civil Practice Law and Rules. See N.Y. C.P.L.R. § 311. Defendants' answer was due June 24, 2025. To date, Defendants have not responded to the complaint or otherwise appeared in this action. Defendants are directed to respond to the complaint or seek an extension of time to respond to the complaint by **September 5, 2025**. Plaintiff is directed to serve a copy of this order on Defendants by **August 20, 2025**.

      SO ORDERED.

DATED:    New York, New York
               August 13, 2025

                                                                                VALERIE FIGUEREDO
                                                                                United States Magistrate Judge