```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
```

RICARDO VELASQUEZ,

                                            Plaintiff,

                -against-

WEBSTER CHICKEN CORP., *d/b/a* KENNEDY'S
CHICKEN & BURGERS and 2535 WEBSTER
3769 LLC,

                                            Defendants.

```
------------------------------------------------------------------X
```

25-CV-3851 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On May 8, 2025, Plaintiff filed its complaint against Defendants. ECF No. 1. Defendants were served on June 3, 2025, and their response to the complaint was due June 24, 2025. ECF Nos. 10-11. When Defendants did not respond to the complaint, the Court *sua sponte* extended the deadline to respond to September 5, 2025. ECF No. 12. On September 4, 2025, Defendant 2636 Webster 3769 LLC filed a response to the complaint and a crossclaim against Defendant Webster Chicken Corp. ECF No. 17. On September 5, 2025, Webster Chicken Corp.'s deadline to respond was extended to October 5, 2025. ECF No. 18. To date, Webster Chicken Corp. has not responded to the complaint or crossclaim, or otherwise appeared in this action.

      Webster Chicken Corp. is warned that a failure to appear and defend against the claims may result in a default judgment. Webster Chicken Corp. is hereby granted one final extension of time and directed to file a response to the complaint and the crossclaim by **October 31, 2025**.

      **SO ORDERED.**

DATED:　　New York, New York
　　　　　　October 20, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VALERIE FIGUEREDO
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge