UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RICARDO VELASQUEZ,

                          Plaintiff,

                -against-

WEBSTER CHICKEN CORP., *d/b/a* KENNEDY'S
CHICKEN & BURGERS and 2535 WEBSTER
3769 LLC,

                        Defendants.

------------------------------------------------------------------X

                             25-CV-3851 (DEH) (VF)

                                  **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On November 4, 2025, the Court granted Plaintiff's request for an extension for

Defendant Webster Chicken Corp. to respond to the Complaint. Webster Chicken Corp. has yet

to appear in the matter. Plaintiff is directed to file an update on the status of Webster Chicken

Corp. by **December 19, 2025**.

       **SO ORDERED.**


DATED:    New York, New York
          December 11, 2025

                              _____

                              VALERIE FIGUEREDO
                              United States Magistrate Judge