UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICARDO VELASQUEZ,

                      Plaintiff,

          -against-

WEBSTER CHICKEN CORP., *d/b/a* KENNEDY'S
CHICKEN & BURGERS and 2535 WEBSTER
3769 LLC,

                      Defendants.

-----------------------------------------------------------------X

25-CV-3851 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

To date, defendant Webster Chicken Corp. has yet to appear in the action despite being served on June 3, 2025 and multiple extensions. See ECF Nos. 11, 12, 18, 20, 22, 23, 24. Plaintiff is directed to file a certificate of default for Webster Chicken Corp.

The remaining parties are directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **February 5, 2026**. Parties who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute by **February 5, 2026**.

       SO ORDERED.

DATED:     New York, New York
            January 23, 2026

                                     _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge